# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          Case No 8:25-cr-578-VMC-CPT

VETTORI ALVIN PORTER

_____/

## WAIVER OF APPEARANCE FOR INDICTMENT, ENTRY OF NOT GUILTY PLEA, AND REQUEST FOR DISCOVERY

I, Vettori Alvin Porter, pursuant to Fed. R. Crim. P. 10, waive my rights to be present at arraignment on the indictment (Doc. 13), have my attorney present at arraignment, and a formal reading of the indictment in open court. I enter a plea of not guilty to the charge(s) set out in the indictment and request to participate in discovery under Fed. R. Crim. P. 16. I have received a copy of the indictment and have executed this waiver on March 25, 2026.

CHARLES L. PRITCHARD, Jr.
FEDERAL PUBLIC DEFENDER

/s/ Adam B. Allen

_____          _____
Vettori Alvin Porter                      Adam Allen
Defendant                                 Assistant Federal Public Defender
                                          Florida Bar No 998184
                                          400 N Tampa St, Suite 2700
                                          Tampa, FL 33602
                                          Phone: (813) 228-2715
                                          Fax: (813) 228-2562
                                          E-mail: Adam_Allen@fd.org

1

**CONSENT TO WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND RECEIPT OF PLEA OF NOT GUILTY**

I accept the defendant's waiver of their presence and the presence of their attorney at the arraignment and direct that the plea of not guilty be received for filing. The matter of discovery will be addressed by separate order.

_____
CHRISTOPHER P. TUITE
UNITED STATES MAGISTRATE JUDGE

Date**:** _____

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 25 , 2026, a true and correct copy of the foregoing was furnished by the CM/ECF system with the Clerk of the Court, which will send a notice of the electronic filing to the following:

AUSA Merrilyn Elise Honenemeyer

*/s/ Adam B. Allen*
_____
Adam Allen
Assistant Federal Public Defender