# U.S. District Court
## Middle District of Louisiana (Baton Rouge)
## CRIMINAL DOCKET FOR CASE #: 3:26-mj-00027-UNA-1

Case title: USA v. Porter                                    Date Filed: 03/23/2026

Assigned to: Judge Unassigned

**Defendant (1)**

| | | |
|---|---|---|
| **Vettori Alvin Porter** | represented by | **Marci Blaize** |
| | | Office of the Federal Public Defender |
| | | 707 Florida Street |
| | | Suite 303 |
| | | Baton Rouge, LA 70801 |
| | | 225-382-2118 |
| | | Fax: 225-382-2115 |
| | | Email: marci_blaize@fd.org |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Federal Public Defender* |
| | | *Appointed* |

**Pending Counts**                                          **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                       **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                              **Disposition**

18:1343.F

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **William Kyle Morris** |
| | | DOJ-USAO |
| | | 777 Florida Street |

Suite 208
Baton Rouge, LA 70801
225-389-0443
Email: william.morris2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant United States Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/23/2026 | 1 | Charging Documents from the Middle District of Florida in a Rule 5(c)(3) case as to Vettori Alvin Porter (JAP) (Main Document 1 replaced on 3/25/2026) (JAP). (Entered: 03/23/2026) |
| 03/23/2026 | 2 | NOTICE TO COUNSEL as to Vettori Alvin Porter: Evidence, in electronic format, shall be provided in accordance with Local Criminal Rule 55 and Administrative Procedures. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.)A Rule 5 Preliminary Hearing set for 3/24/2026 at 02:00 PM in Courtroom 6 before Judge Unassigned. (JAP) (Entered: 03/23/2026) |
| 03/24/2026 | 3 | MINUTE ENTRY for proceedings held before Magistrate Judge Richard L. Bourgeois, Jr.Initial Appearance in Rule 5(c)(3) Proceedings as to Vettori Alvin Porter held on 3/24/2026 Appearance entered by Marci Blaize for Vettori Alvin Porter on behalf of defendant. The dft is released with conditions. (ELW) (Entered: 03/25/2026) |
| 03/24/2026 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Vettori Alvin Porter. Signed by Magistrate Judge Richard L. Bourgeois, Jr. on 03/24/2026. (ELW) (Entered: 03/25/2026) |
| 03/24/2026 | 5 | ORDER: Pursuant to the Due Process Protections Act 5(f), the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court. Signed by Magistrate Judge Richard L. Bourgeois, Jr. on 03/24/2026. (ELW) (Entered: 03/25/2026) |

**Case #: 3:26-mj-00027-UNA**