# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action 26-mj-27 |
| -vs- | AUSA: Lyman Thornton |
| VETTORI ALVIN PORTER | Deft. Atty.: Marci Blaize |

| | | | |
|---|---|---|---|
| JUDGE: | Richard L. Bourgeois, Jr. | DATE: | March 24, 2026 |
| DEPUTY CLERK: | Jennifer Poche | REPORTER/COURTROOM: | FTR GOLD/CTRM 6 |
| INTERPRETER: | | PRETRIAL/PROBATION: | Joseph Molyenaux |

## CLERK'S MINUTES
## INITIAL APPEARANCE

Marci Blaize appeared as standby counsel on behalf of the defendant.

The defendant was sworn, advised of his rights and the purpose of this hearing.

Upon questioning by the court, the defendant advised that he wanted counsel appointed to represent him in this matter.  The court questioned the defendant concerning his financial condition, found that the defendant is eligible for court-appointed counsel and appointed the Office of the Federal Public Defender to represent the defendant or to appoint a CJA panel attorney.

The defendant was advised of the charging documents originating from the Middle District of Florida.

The defendant waived his right to an identity hearing and signed the waiver. The government did not move for detention.

The defendant was ordered to appear in the Middle District of Florida on April 7, 2026 at 3:00 p.m. The defendant was advised of his conditions of release and stated he understood.

The parties were advised that, pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the

C;Cr23: T:00:20

defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court. This oral order is entered under Rule 5(f)(1) of the Federal Rules of Criminal Procedure.

The defendant was ordered released from custody on the conditions imposed.

C;Cr23: T:00:20