# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                     CRIMINAL ACTION

VERSUS                                       NO.   26-mj-27

VETTORI ALVIN PORTER

## ORDER APPOINTING
## FEDERAL PUBLIC DEFENDER

Because the above named defendant has testified under oath or has otherwise satisfied

this Court that he/she: (1) is unable to employ counsel, and (2) does not wish to waive counsel,

and because the interests of justice so require,

**IT IS ORDERED** that this matter is referred to the Office of the Federal Public Defender

for the purpose of either accepting the appointment to represent the defendant or recommending

counsel for appointment from the CJA panel.  The defendant may be required to contribute to the

cost of this representation depending on circumstances to be determined at a later date.

Signed in Baton Rouge, Louisiana, on March 24, 2026.

_____
  RICHARD L. BOURGEOIS, JR.
  UNITED STATES MAGISTRATE JUDGE