# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>VETTORI ALVIN PORTER<br><br><br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 8:25-cr-578-VMC-CPT

RECEIVED U.S. MARSHALS
2025 DEC 19 AM 8:24

## ARREST WARRANT

SEALED

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   VETTORI ALVIN PORTER                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Wire fraud in violation of 18 U.S.C. § 1343

MAR 24 2026 AM 11:06
FILED - USDC - FLMD - TPA

Date: 12/18/25

_____
*Issuing officer's signature*

LISA SILVIA

City and state:   Tampa, FL

ELIZABETH WARREN, Clerk, United States District Court
_____
*Printed name and title*

---

### Return

This warrant was received on *(date)* 12/19/2025 , and the person was arrested on *(date)* 3/23/2026
at *(city and state)* Baton Rouge, LA .

Date: 23 March 26

_____
*Arresting officer's signature*

ORTIC, FRANK A   DUSM
TAMPA, FL
*Printed name and title*