# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

-vs-                                                    Case No. 8:25-cr-578-VMC-CPT

VETTORI ALVIN PORTER

**CLERK'S MINUTES**
Proceeding: Arraignment
*Courtroom 12B*

| | |
|---|---|
| Judge: Christopher P. Tuite, U.S. Magistrate Judge | Date: March 31, 2026 |
| Deputy Clerk: Ashley Sanders | Time: 10:06 a.m. |
| USPO: none | Recess: 10:08 a.m. |
| Court Reporter: Digital | Total Time: 2 min |
| Interpreter: none | |

Counsel for USA: Merrilyn Hoenemeyer, AUSA
Counsel for Defendant: Jacyln Isaacs, AFPD

Court calls case and counsel enters appearances.

Defendant has filed a waiver of appearance and entry of not guilty plea. Court accepted waiver.

Court grants motions for discovery.

Pretrial order to be entered.

Recess.