UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 8:25-cr-578-VMC-CPT

VETTORI ALVIN PORTER


**JOINT NOTICE OF SPEEDY TRIAL CALCULATION**

As required by the Court's April 3, 2026 Order (Doc. 20), the parties advise

the Court that pursuant to 18 U.S.C. § 3161(c)(1), absent a waiver by the defendant,

speedy trial will run on Tuesday, June 9, 2026. As of the date of this filing, six

speedy trial days have passed since Mr. Porter was arraigned in federal court.

The undersigned has conferred with Assistant Federal Defender Ryan J.

Maguire, counsel for the defendant, who agrees with the calculation in this pleading.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:  */s/ Merrilyn E. Hoenemeyer*

Merrilyn E. Hoenemeyer
Assistant United States Attorney
Florida Bar No.: 124734
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: merrilyn.hoenemeyer@usdoj.gov

**U.S. v. PORTER**          **Case No. 8:26-cr-578-VMC-CPT**

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Merrilyn E. Hoenemeyer*

Merrilyn E. Hoenemeyer
Assistant United States Attorney
Florida Bar No.: 124734
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: merrilyn.hoenemeyer@usdoj.gov
