UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:25-cr-578-VMC-CPT

VETTORI ALVIN PORTER

**THE UNITED STATES' MOTION TO ALLOW STAND-IN COUNSEL**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, files this motion for Assistant United States Attorney, Ilyssa Spergel, to appear on behalf of Assistant State Attorney, Merrilyn Hoenemeyer.

1. The Court has scheduled a Status Conference for September 17, 2026, at 1:30 p.m.
2. Undersigned counsel is scheduled to appear before a Grand Jury in the afternoon on September 17th.
3. Undersigned counsel requests permission to allow AUSA Spergel to appear on her behalf during this hearing.

DATED September 16, 2026

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Merrilyn E. Hoenemeyer*

Merrilyn E. Hoenemeyer
Assistant United States Attorney
Florida Bar No.: 124734
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: merrilyn.hoenemeyer@usdoj.gov

**U.S. v. PORTER** **Case No. 8:26-cr-578-VMC-CPT**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to:

Ryan J. Maguire

*/s/ Merrilyn E. Hoenemeyer*

Merrilyn E. Hoenemeyer
Assistant United States Attorney
Florida Bar No.: 124734
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: merrilyn.hoenemeyer@usdoj.gov