**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**v.** **Case No.: 8:25-cr-00578-VMC-CPT**

**VETTORI ALVIN PORTER.**
**_____________________________________/**

**EMERGENCY REQUEST TO RESCHEDULE CHANGE OF PLEA HEARING**

The Defendant, Vettori Alvin Porter, by and through his attorney, pursuant to Local Rule 3.01(h) hereby moves this Court to postpone change of plea hearing currently set on September 24, 2026, to October 1, 2026, subject to the Court's availability. Doc. 39. Mr. Porter states the following:

1. Mr. Porter's grandfather recently died unexpectedly. The family's memorial activities begin on September 24, the viewing is scheduled for September 25, and the funeral will be held on September 26 in Forest, Mississippi. Mr. Porter must travel to Mississippi and cannot attend the September 24 hearing. Defense can provide supporting documentation if the Court requests it.
2. The requested continuance is brief and results from circumstances beyond Mr. Porter's control. It is made in good faith and not for the purpose of unnecessary delay.

3. Mr. Porter expects to return to Florida by October 1, 2026.

4. Undersigned has conferred with government counsel, AUSA Merrilyn Hoenemeyer, who has advised that the government does not oppose to this request.

**WHEREFORE,** Mr. Porter respectfully requests that the Court continue change of plea hearing set September 24, 2026, to October 1, 2026, or to a date and time that is convenient with this Court.

DATED this 22nd day of September.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*/s/ Ryan J. Maguire*
Ryan J. Maguire,
Assistant Federal Public Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of September 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Merrilyn Elise Hoenemeyer, AUSA

*/s/ Ryan J. Maguire*
Ryan J. Maguire,
Assistant Federal Public Defender