**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

-vs- Case No. 8:25-cr-578-VMC-CPT

VETTORI ALVIN PORTER

**CLERK'S MINUTES**
Proceeding: Change of Plea
*Courtroom 12B*

| | |
|---|---|
| Judge: Christopher P. Tuite, U.S. Magistrate Judge | Date: October 2, 2026 |
| Deputy Clerk: Ashley Sanders | Time: 9:04 a.m. |
| USPO: none | Recess: 9:31 a.m. |
| Court Reporter: Digital | Total Time: 27 min |
| Interpreter: none | |

---

Counsel for USA: Merrilyn Hoenemeyer, AUSA
Counsel for Defendant: Ryan Maguire, AFPD

---

Court calls case and counsel enters appearances.

Defendant sworn. Defendant is 24 years old, high school education, can read/write English, no mental health/substance abuse treatment, no drug/alcohol use, clear minded. Counsel has no concern as to defendant's competency.

Defendant consents to proceed before a magistrate judge.

Court reviews government's notice. Defendant understands. Court advises of maximum penalties. Defendant understands. Court advises of certain constitutional rights. Defendant understands.

Government provides factual basis. No objection.

Defendant pleads guilty to counts one, two, and three of the Indictment. Court finds defendants plea is entered knowingly, voluntarily and is supported by an independent factual basis. Report and recommendation to be entered. Adjudication of guilt deferred. Sentencing date to be set.

Defendant referred to probation for a presentence investigation report.