UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. Case No. 8:25-cr-578-VMC-CPT

VETTORI ALVIN PORTER
_______________________________/

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

The Defendant, by consent, appeared before me pursuant to Fed. R. Crim. P. 11 and Local Rule 1.02 and pleaded guilty to Counts One, Two, and Three of the Indictment. After examining the Defendant as required by Rule 11, I have determined that the Defendant's guilty plea is knowing, voluntary, and supported by an independent factual basis. I therefore recommend that the Defendant's guilty plea be accepted, that the Defendant be adjudged guilty, and that the Defendant's sentence be imposed accordingly.

IT IS SO REPORTED AND RECOMMENDED in Tampa, Florida, this 2nd day of October 2026.

Christopher P. Tuite

HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

NOTICE TO PARTIES

A party has fourteen (14) days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections, or to move for an extension of time to do so, waives that party's right to challenge on appeal any unobjected-to factual finding(s) or legal conclusion(s) the District Judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636(b)(1).