UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. Case No. 8:25-cr-578-VMC-CPT

VETTORI ALVIN PORTER

**ORDER OF FORFEITURE**

The defendant pled guilty to Counts One through Three of the Indictment, wire fraud, in violation of 18 U.S.C. § 1343. The United States has established that the defendant obtained at least $82,566 in proceeds from the offenses.

The United States moved under 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), for entry of an order of forfeiture in the amount of $82,566, which shall be a final order of forfeiture as to the defendant at sentencing. The United States' motion is **GRANTED**. The defendant is liable for an order of forfeiture in the amount of $82,566.

The proceeds of the offenses were transferred to third parties, and the United States cannot locate the proceeds upon the exercise of due diligence. Accordingly, under 21 U.S.C. § 853(p), the United States may seek, as a substitute asset in satisfaction of this judgment, forfeiture of any of the defendant's property up to the $82,566 order of forfeiture. The court retains jurisdiction to enter any order

necessary for the forfeiture and disposition of any substitute asset.

**ORDERED** in Tampa, Florida, on October 26, 2026.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:
Suzanne C. Nebesky
Counsel of Record